This is a petition for review from the Board of Immigration Appeals' December 15, 2006 decision denying petitioner's motion to reconsider.

We have reviewed the response to respondent's motion for summary affirmance. We conclude that summary disposition is appropriate because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The regulations provide that "a motion to reconsider a decision must be filed with the Board within 30 days after the mailing of the Board deci-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sion." *See* 8 C.F.R. § 1003.2(b)(2). The BIA did not abuse its discretion in denying petitioner's motion to reconsider filed on November 9, 2006, more than 30 days after the BIA's September 14, 2006 decision. Accordingly, respondent's motion for summary disposition is granted.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

**John OLAGUES, Plaintiff–Appellant,**

v.

**Terry SEMEL, CEO of Yahoo, Defendant–Appellee.**

No. 07–15202.

United States Court of Appeals, Ninth Circuit.

Submitted July 23, 2007.*

Filed July 27, 2007.

John Olagues, River Ridge, LA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anna Erickson White, Morrison & Foerster, LLP, Palo Alto, CA, Jordon Eth, Esq., Mark D. Gursky, Esq., Morrison & Foerster, LLP, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER, Chief Judges, HAWKINS and WARDLAW, Circuit Judges.

## MEMORANDUM **

A review of the record and the responses to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

